CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAR 19 2020

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
      DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

**ANTONIO HAWKINS,**
    **Plaintiff,**

v.

**C/O WARREN,**
    **Defendant(s),**

Civil Action No. 7:20-cv-00122

**MEMORANDUM OPINION**

By: Jackson L. Kiser
Senior United States District Judge

    Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered February 21, 2020, the court directed plaintiff to submit within 20 days from the date of the order a signed consent to withholding of filing fees form in order to complete the application to proceed in forma pauperis. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

    More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

    The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

    ENTER: This 19th day of March, 2020.

                                                   s/Jackson L. Kiser
                                                 Senior United States District Judge